# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-890

———————————————

WARREN K. MARTIN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 30, 2020


PER CURIAM.

DISMISSED as unauthorized. *See Baker v. State*, 878 So. 2d 1236, 1245 (Fla. 2004) (explaining that "[t]he remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850"); *Mills v. Dugger*, 574 So. 2d 63, 65 (Fla. 1990) ("As we have stated numerous times, habeas corpus is not to be used for obtaining additional appeals of issues which were raised, or should have been raised, on direct appeal or which were waived at trial or which could have, should have, or have been, raised in prior postconviction filings." (internal marks omitted)).

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Warren K. Martin, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.